IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                                          :

In re:                                                           :   Chapter 11

    CONSOLIDATED INFRASTRUCTURE    :

    GROUP, INC.,[1]                                  :   Case No. 19-10165 (BLS)

                                                                          :

                        Debtor.                          :

                                                                          :
---------------------------------------------------------------x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS[2]

A.    <u>Voluntary Petition</u>:

1.    Consolidated Infrastructure Group, Inc. [Docket No. 1 – filed January 30, 2019]

B.    Declaration of Michael G. Johnson in Support of Debtor's Chapter 11 Petition and First Day Pleadings [Docket No. 10 – filed January 30, 2019]

C.    <u>First Day Motions</u>:

2.    Application of Debtor for Entry of an Order Appointing Omni Management Group, Inc. as Claims and Noticing Agent Effective as of Petition Date [Docket No. 2 – filed January 30, 2019]

3.    Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Continued Use of the Debtor's Cash Management System; (II) Granting an Extension of Time to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements; and (III) Scheduling a Final Hearing on the Motion [Docket No. 3 – filed January 30, 2019]

4.    Motion of the Debtor for Entry of Interim and Final Orders (A) Authorizing the Debtor to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Critical Vendors Obligations [Docket No. 4 – filed January 30, 2019]

---

[1]    The last four digits of the Debtor's federal tax identification number are (6870). The mailing address for the Debtor is 11620 Arbor Street, Omaha, Nebraska 68144.

[2]    Upon receiving the date and time of the first day hearing (the "<u>First Day Hearing</u>") from the assigned Judge's chambers, the above-captioned debtor will file and serve a notice of the First Day Hearing in accordance with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. All motions and other pleadings referenced herein are available online at the following address: https://omnimgt.com/CIG.

RLF1 20714822v.1

5. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by the Utility Company, and (III) Prohibiting the Utility Company from Altering, Refusing, or Discontinuing Service [Docket No. 5 – filed January 30, 2019]

6. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to (I) Continue its Insurance Policies, (II) Pay Prepetition and Postpetition Obligations in Respect Thereof, and (III) Continue Performance Under the Premium Financing Agreement [Docket No. 8 – filed January 30, 2019]

7. Motion of the Debtor for Entry of an Order Authorizing the Debtor to Pay Certain Prepetition Taxes [Docket No. 6 – filed January 30, 2019]

8. Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Wages and Compensation and Maintain and Continue Employee Benefit Programs in the Ordinary Course and (II) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations [Docket No. 7 – filed January 30, 2019]

9. Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Obtain Postpetition Secured Financing, Modifying the Automatic Stay and Granting Related Relief [Docket No. 9 – filed January 30, 2019]

Dated: January 30, 2019
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

/s/  *Daniel J. DeFranceschi*
Daniel J. DeFranceschi (No. 2732)
Russell C. Silberglied (No. 3462)
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
 silberglied@rlf.com
 heath@rlf.com
 shapiro@rlf.com

*Proposed Counsel to the Debtor and Debtor in Possession*