## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                           :
In re:                                     :  Chapter 11
         CONSOLIDATED INFRASTRUCTURE       :
         GROUP, INC.,¹                      :  Case No. 19-10165 (BLS)
                                           :
                    Debtor.                :
                                           :
------------------------------------------------------------x
```

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Consolidated Infrastructure Group, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), is filing its Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, and are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "Specific Notes," and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Debtor's management prepared the Schedules and Statements with the assistance of the Debtor's professionals. The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to

---

[1] The last four digits of the Debtor's federal tax identification number are (6870). The mailing address for the Debtor is 11620 Arbor Street, Omaha, Nebraska 68144.

1

amount, liability, classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to its chapter 11 case, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.**

1. **Description of the Chapter 11 Case**. On January 30, 2019 (the "Petition Date"), the Debtor commenced with the Bankruptcy Court a voluntary case under chapter 11 of the Bankruptcy Code. The Debtor is authorized to operate its business and manage its properties as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in the chapter 11 case.

2. **Basis of Presentation**. In the ordinary course of business, the Debtor prepares financial statements for financial reporting purposes, reflecting information for periods ending on the last day of each calendar month. The Schedules and Statements are unaudited. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor.

3. **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtor's books and records as of the close of business on January 30, 2019 or the latest available record date before then.

4. **Current Values**. The assets and liabilities of the Debtor are listed on the basis of the book value of the asset or liability in the Debtor's accounting books and records. Unless otherwise noted, the carrying value on the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared.

6. **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtor. Accordingly, when possible, net

2

book values as of the Petition Date or the latest available date are presented. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed).**Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtor are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

7.      **Excluded Assets and Liabilities**. The Debtor believes that it has identified, but has not necessarily valued, all material categories of assets and liabilities in the Schedules. The Debtor has excluded the following items from the Schedules and Statements:  certain general accrued liabilities, including those related to certain employee-related obligations and certain taxes that have been paid in accordance with the First Day Orders (as defined herein).  Other immaterial assets and liabilities may also have been excluded.

8.      **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

9.      **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

10.      **Paid Claims**. The Debtor has authority to pay certain outstanding prepetition claims pursuant to several bankruptcy court orders, including certain orders the Bankruptcy Court entered in connection with the Debtor's chapter 11 case authorizing the Debtor to pay certain prepetition claims (collectively, the "**First Day Orders**"). The Schedules and Statements reflect the Debtor's outstanding liabilities in the amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders, other than as set forth herein.

Pursuant to the First Day Orders authorizing the payment of prepetition wages and benefits to the Debtor's employees (the "Wages Orders"), the Debtor received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtor believes that any undisputed, non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied in accordance with the Wages Orders. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

Pursuant to the First Day Orders authorizing the payment of certain tax liabilities that accrued prepetition (the "Taxes Orders"), the Debtor has been granted authority

3

to pay certain of these liabilities.  Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Orders are not listed on Schedule E.  The Debtor believes that any undisputed tax claims for prepetition amounts, whether allowable as a priority or nonpriority claim, have been or will be satisfied in accordance with the Taxes Orders.  If liabilities on account of prepetition undisputed tax claims have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

11.    **Other Paid Claims**.  If the Debtor has reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

12.    **Setoffs**.  The Debtor routinely incurs certain setoffs from customers and suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtor and its customers or suppliers.  In the ordinary course of business, the Debtor sets off invoices with credit memos.  These routine setoffs are consistent with the ordinary course of business and, therefore, can be particularly voluminous, unduly burdensome, and costly for the Debtor to regularly document.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for, and may be excluded from the Schedules and Statements.

13.    **Property and Equipment**.  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtor may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.

14.    **Debtor's Reservation of Rights**.  Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to this chapter 11 case, including the following:

a.      Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated."  The Debtor reserves the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.      Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly

4

characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.  The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtor reserves all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of its business, the Debtor leases equipment and other assets from certain third-party lessors for use in daily operations. The Debtor has made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtor, and neither is such property or assets of third parties within the control of the Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtor. The Debtor reserves all rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  Although the Debtor has exercised reasonable efforts to ensure the accuracy of the Schedules and Statements, they nevertheless may contain errors and omissions. The Debtor hereby reserves all rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified

5

in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.      The Debtor further reserves all rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.      The Debtor exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (the "Guarantees") in its executory contracts, unexpired leases, secured financings, debt instruments, and other agreements.  If such Guarantees have been identified, they are included in the relevant Schedules and Statements.  Guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtor reserves its rights to amend and supplement the Schedules and Statements if additional Guarantees are identified.  In addition, the Debtor reserves the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

i.      Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have not been abandoned, terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

## Specific Notes for Schedules

1.      **Schedule A/B.**

a.      **A/B.3**.  The values provided for in Schedule A/B, Item 3 for each account for the Debtor reflects the ending cash balance of such account as of the Petition Date.  The Debtor's accounts held at Wells Fargo and ending in 8271 is a restricted cash account (the "Restricted Cash Account").  As of the Petition Date, the Restricted Cash Account held cash collateral required to collateralize (i) a letter of credit payable to Automotive Rentals, Inc. and ARI Fleet, LT and (ii) the Debtor's corporate credit card program.  The Debtor believes that the Restricted Cash Account currently maintains a zero balance as a result of post-petition draws on the above-described letter of credit.

b.  **A/B.8**.  Prepayment values provided for in Schedule A/B, Item 8 are the net book value listed in the Debtor's books and records as of January 30, 2019.

c.  **A/B.10–12**.  Accounts receivable values and any allowances thereof provided for in Schedule A/B, Items 11 and 12 are as of the Petition Date.

d.  **A/B.39–42**.  Values provided for in Schedule A/B, Items 39 through 42 are the net book value listed in the Debtor's books and records as of January 30, 2019.

e.  **A/B.47–50**.  Values provided for in Schedule A/B, Items 47 through 50 are the net book value listed in the Debtor's books and records as of January 30, 2019.  The Debtor's entire vehicle fleet, identified in part 8, question 47 of Schedule A/B, is leased.  Because the Debtor does not own such property, a value has not been ascribed thereto.

f.  **A/B.70–77**.  Despite exercising commercially reasonable efforts to identify all known assets, the Debtor may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules.

2.  **Schedule D**.  Except as specifically stated herein, equipment and vehicle lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.  The Debtor has not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtor, or judgment or statutory lien rights.

3.  **Schedule E/F**

a.  **(Part 1)**.  The Debtor has not listed certain wage or related obligations that have been paid in full pursuant to the Wages Orders on Schedule E/F; however, to the extent such obligations have been satisfied in part pursuant to the Wages Orders and remain outstanding, the Debtor has included such outstanding amounts on Schedule E/F.  The Debtor has not listed certain tax obligations that have been paid in full pursuant to the Taxes Orders on Schedule E/F; however, to the extent such obligations have been satisfied in part pursuant to the Taxes Orders and remain outstanding, the Debtor has included such outstanding amounts on Schedule E/F.

b.  **(Part 2)**.  The Debtor has exercised commercially reasonable efforts to list all liabilities on Schedule E/F.  Certain creditors listed on Schedule E/F may owe amounts to the Debtor, and, as such, the Debtor may have valid setoff and recoupment rights with respect to such amounts.  The amounts listed on Schedule E/F may not reflect any such right of setoff or recoupment, and the Debtor reserves all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtor by a creditor.  Additionally, certain creditors may assert mechanic's, materialman's, or other similar liens against the Debtor for amounts listed

7

on Schedule E/F.  The Debtor reserves its rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F.  In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtor has included trade creditors and taxing authorities on Schedule E/F, some of whose claims have been satisfied, in whole or in part, pursuant to the First Day Orders.  Notwithstanding the foregoing, the Debtor has reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date.  Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date.  The Debtor has made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date, with adjustments for certain postpetition Bankruptcy Court-approved payments relating to employees and taxing authorities. Despite the Debtor's reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F.  The Debtor may pay additional claims listed on Schedule E/F during the chapter 11 case pursuant to these and other orders of the Bankruptcy Court and the Debtor reserves all rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim.  Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

4.      **Schedule G**.  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "<u>Agreements</u>"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred.  The Debtor may have entered into various other types of Agreements in the ordinary course of business, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G.  In addition, as described herein, certain non-disclosure agreements or other confidential information have been omitted, as well as certain short-term purchase and sales orders given their large number and/or transitory nature.  The Debtor has also omitted various offer letters to employees because listing them would be unduly burdensome and cost prohibitive under the circumstances.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments

8

and agreements that may not be listed on Schedule G. Executory agreements that are oral in nature have not been included in Schedule G.

5. **Schedule H**. The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of the Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by a non-Debtor.

## Specific Notes for Statements

1. **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtor with payment dates from November 1, 2018 to January 30, 2019. The actual dates that cash cleared the Debtor's bank accounts may differ based on the form of payment. The Debtor's accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

2. **Statement 5**. On occasion, the Debtor may return damaged or unsatisfactory goods to vendors or suppliers in the ordinary course of business. Other than ordinary course items, the Debtor is not aware of any property that has been returned to a seller.

3. **Statement 7**. The Debtor has used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtor was involved in any capacity within one year before the Petition Date. The Debtor reserves all rights to assert that it is not an appropriate party to such actions or proceedings. For the avoidance of doubt, the Debtor has excluded actions relating to workers' compensation claims, if any, from Statement 7.

4. **Statement 11**. The Debtor has used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in response to Statement 11. Additional information regarding the Debtor's retention of professional service firms is more fully described in the individual retention applications for those firms and related orders.

5. **Statement 13**. The Debtor may, from time to time and in the ordinary course of business, transfer equipment and other assets or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed in Statement 13.

RLF1 20991451V.5

6.      **Statement 26(d)**.  Over the past two years, the Debtor has provided its financial statements via physical and electronic mail to various parties in the ordinary course of business, including government entities, shareholders, customers, financial institutions, and other interested parties.

*************************

10

| Debtor Name | **Consolidated Infrastructure Group, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-10165** |

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

12/15

---

## Part 1:    Summary of Assets

**1. Schedule A/B: Assets - Real and Personal Property**    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.......................................................................................

$0.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*...................................................................................

$19,305,725.61

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*.....................................................................................

$19,305,725.61

---

## Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property***    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims***    (Official Form 206E/F)

3a. **Total of amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*..............................................................

$42,077.51

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total amount of claims from Part 2 from line 5b of  *Schedule E/F*....................................................

+ $2,641,293.35

4.    **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

$2,683,370.86

| Debtor Name | **Consolidated Infrastructure Group, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-10165** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash of cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | CIBC | Checking | 3400 | $0.00 |
| 3.2 | CIBC | Checking | 6422 | $21,858.70 |
| 3.3 | Wells Fargo USA | Checking | 8263 | $466.33 |
| 3.4 | Wells Fargo USA | Money Market | 8271 | $1,305,299.53 |

4.    **Other cash equivalents**

5.    **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$1,327,624.56**

### Part 2:        Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

    ☐ No. Go to Part 3.

    ☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | 11620 Arbor, LLC | Omaha, NE | $3,500.00 |
| 7.2 | USA Storage | Davenport, IA | $64.20 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.1 | Evergreen B, LLC | Omaha, NE | $3,755.61 |
| 8.2 | TierPoint, LLC | Checking | $881.10 |
| 8.3 | USA Storage | Davenport | $64.20 |

| 9. | **Total of Part 2** | **$8,265.11** |
|---|---|---|
| | Add lines 7 through 8.  Copy the total to line 81. | |

**Part 3:**  Accounts Receivable

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11. | **Accounts receivable** | | | | |
| | 11a. 90 days old or less: | $3,491,192.48 | - | $0.00 = | $3,491,192.48 |
| | | face amount | | doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: | $457,929.80 | - | $0.00 = | $457,929.80 |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3** | **$3,949,122.28** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  Investments

13.  **Does the debtor own any investments?**

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                    % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| |

**Part 5:**    **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

☐ No.
☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.
☐ Yes.     Book Value $ _____    Valuation Method _____    Current Value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.
☐ Yes.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valution method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops - either planted of harvested**

29. **Farm animals**
Examples: Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment**
(Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes.

**Is any of the debtor's property stored at the cooperative?**

☐ No.

☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes.    Book Value $ _____    Valuation Method _____    Current Value $ _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor  Consolidated Infrastructure Group, Inc.                                        Case Number (if known) 19-10165

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| 39.1    See attached Schedule A/B Exhibit 39 | | | $13,564.89 |
| **40.  Office fixtures** | | | |
| | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1    See attached Schedule A/B Exhibit 41 | | | $91,308.90 |
| **42.  Collectibles** | | | |

Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | |
|---|---|
| **43.  Total of Part 7.** | **$104,873.79** |
| Add lines 39 through 42.  Copy the total to line 86. | |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.
☑ Yes.

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1    See attached Schedule A/B Exhibit 47 | | | $0.00 |

Debtor  Consolidated Infrastructure Group, Inc.                          Case Number (if known) 19-10165

48. **Watercraft, trailers, motors, and related accessories**
     Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    50.1    See attached Schedule A/B Exhibit 50                                               $283,348.83

51. **Total of Part 8.**                                                          | $283,348.83 |
     Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☐ No.
     ☑ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No.
     ☐ Yes.

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

56. **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

Debtor   Consolidated Infrastructure Group, Inc.                          Case Number (if known) 19-10165

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

**Part 10:**   **Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61.  **Internet domain names and websites** | | | |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** | | | |
| 64.1   See attached Schedule A/B Exhibit 64 | | | $955,171.93 |
| 65.  **Goodwill** | | | |

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

66. **Total of Part 10.**
    Add lines 60 through 65.  Copy the total to line 89.

    $955,171.93

67. **Do your lists or records include personally identifiable information of customers?**

    ☑ No.
    ☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☐ No.
    ☑ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No.
    ☐ Yes.

**Part 11:        All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

                                                                      **Current value of
                                                                      debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

    _____  -  _____  =
    Total face amount        Doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    72.1   Federal Net Operating Loss                                 $10,257,023.00

73. **Interests in insurance policies or annuities**

Debtor  Consolidated Infrastructure Group, Inc.                    Case Number (if known) 19-10165

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Nature of claim**

    **Amount Requested**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

                                                                                                                        $2,420,296.11

    **Nature of claim**          Insurance Reimbursement for Legal Costs

    **Amount Requested**          $2,420,296.11

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**

    Examples: Season tickets, country club membership

78.  **Total of Part 11.**

    Add lines 71 through 77.  Copy the total to line 90.

| |
|---|
| **$12,677,319.11** |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No.

    ☐ Yes.

Debtor  Consolidated Infrastructure Group, Inc.                                    Case Number (if known) 19-10165

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.**  *Copy line 5, Part 1.* | **$1,327,624.56** | |
| 81. | **Deposits and prepayments.**  *Copy line 9, Part 2.* | **$8,265.11** | |
| 82. | **Accounts receivable.**  *Copy line 12, Part 3.* | **$3,949,122.28** | |
| 83. | **Investments.**  *Copy line 17, Part 4.* | | |
| 84. | **Inventory.**  *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.**  *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.**  *Copy line 43, Part 7.* | **$104,873.79** | |
| 87. | **Machinery, equipment, and vehicles.**  *Copy line 51, Part 8.* | **$283,348.83** | |
| 88. | **Real Property.**  *Copy line 56, Part 9.* | | |
| 89. | **Intangibles and intellectual property.**  *Copy line 66, Part 10.* | **$955,171.93** | |
| 90. | **All other assets.**  *Copy line 78, Part 11.* | **$12,677,319.11** | |
| 91. | **Total.** Add lines 80 through 90 for each column. | 91a. **$19,305,725.61**  **+**  91b. **$0.00** | |
| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92.................................................................................... | | **$19,305,725.61** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 39

## OFFICE FURNITURE

**Consolidated Infrastructure Group, Inc.**
**Case #19-10165**
**Schedule AB- 39:  Office furniture**

| Sys No | Description | In Service Date | Depr Method | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|
| 293 | 4-Office Desk & Chairs | 6/13/2016 | SLMM | $ 3,901.61 | $ 1,486.33 | $ 2,415.28 |
| 294 | 3-Office Desk & Chairs | 7/18/2016 | SLMM | $ 3,015.00 | $ 1,076.80 | $ 1,938.20 |
| 295 | Conf Rm Table & 8 Chairs | 7/18/2016 | SLMM | $ 1,443.54 | $ 515.56 | $ 927.98 |
| 296 | 3-Drawer File Cabinet | 7/18/2016 | SLMM | $ 562.72 | $ 200.98 | $ 361.74 |
| 301 | TV | 8/17/2016 | SLMM | $ 716.89 | $ 247.49 | $ 469.40 |
| 302 | Printer | 6/13/2016 | SLMM | $ 374.40 | $ 199.68 | $ 174.72 |
| 303 | Fridge | 7/11/2016 | SLMM | $ 522.13 | $ 192.70 | $ 329.43 |
| 304 | Shredder | 8/12/2016 | SLMM | $ 534.88 | $ 267.45 | $ 267.43 |
| 316 | Office Desk & Chairs | 10/15/2016 | SLMM | $ 1,028.15 | $ 342.72 | $ 685.43 |
| 474 | 1-Display Case | 12/31/2016 | SLMM | $ 487.12 | $ 144.98 | $ 342.14 |
| 475 | 3-Display Cases | 12/31/2016 | SLMM | $ 2,006.96 | $ 597.31 | $ 1,409.65 |
| 1419 | 2-Display Cases | 1/31/2017 | SLMM | $ 824.83 | $ 235.66 | $ 589.17 |
| 1447 | 2-Cube Workstations | 3/1/2017 | SLMM | $ 1,987.00 | $ 544.07 | $ 1,442.93 |
| 1448 | 4-Cube Workstations | 3/1/2017 | SLMM | $ 1,979.50 | $ 542.02 | $ 1,437.48 |
| 1785 | CORP_4-OfcChairs | 3/15/2017 | SLMM | $ 1,065.72 | $ 291.81 | $ 773.91 |
| | | | | $ 20,450.45 | $ 6,885.56 | $ 13,564.89 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 7, QUESTION 41

## OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 41:  Office equipment, including all computer equipment and communications equipment and software

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | | Current Accum Depr | | Net Book Value |
|---|---|---|---|---|---|---|---|---|---|
| 2221 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2222 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2223 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2224 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2225 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2226 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2227 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2228 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2229 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2230 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2231 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2232 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2233 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2234 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2235 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2236 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2237 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2238 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2239 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2240 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2241 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2242 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2243 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2244 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2245 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2246 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2247 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2248 | Laptop | 12/1/2017 | SLMM | 01 10 | $ | 279.00 | $ | 108.50 | $ 170.50 |
| 2261 | Dual Monitor and Dock EAST | 12/1/2017 | SLMM | 01 10 | $ | 394.43 | $ | 153.40 | $ 241.03 |
| 2262 | Dual Monitor and Dock WEST | 12/1/2017 | SLMM | 01 10 | $ | 394.43 | $ | 153.40 | $ 241.03 |
| 1221 | Laptop | 1/18/2017 | SLMM | 01 00 | $ | 182.00 | $ | 121.34 | $ 60.66 |
| 1 | Laptop | 6/1/2016 | SLMM | 02 04 | $ | 505.00 | $ | 269.34 | $ 235.66 |
| 2 | Laptop | 6/1/2016 | SLMM | 02 04 | $ | 505.00 | $ | 269.34 | $ 235.66 |
| 3 | Laptop | 6/1/2016 | SLMM | 02 04 | $ | 505.00 | $ | 269.34 | $ 235.66 |
| 4 | Laptop | 6/1/2016 | SLMM | 02 04 | $ | 849.44 | $ | 453.04 | $ 396.40 |
| 5 | Laptop | 6/27/2016 | SLMM | 02 05 | $ | 518.85 | $ | 268.08 | $ 250.77 |
| 6 | Laptop | 7/11/2016 | SLMM | 02 05 | $ | 505.00 | $ | 260.92 | $ 244.08 |
| 7 | Laptop | 8/8/2016 | SLMM | 02 06 | $ | 816.13 | $ | 408.07 | $ 408.06 |
| 105 | Laptop | 8/26/2016 | SLMM | 02 07 | $ | 717.02 | $ | 346.55 | $ 370.47 |
| 292 | Laptop | 10/16/2016 | SLMM | 02 09 | $ | 549.64 | $ | 247.34 | $ 302.30 |
| 297 | Office Server & Drives | 6/1/2016 | SLMM | 02 04 | $ | 2,093.95 | $ | 1,116.78 | $ 977.17 |
| 298 | Office Router | 6/1/2016 | SLMM | 02 04 | $ | 226.96 | $ | 121.04 | $ 105.92 |
| 299 | Server KVM | 6/27/2016 | SLMM | 02 05 | $ | 278.99 | $ | 144.15 | $ 134.84 |
| 300 | 4-Monitor & Workstation Sets | 6/27/2016 | SLMM | 02 05 | $ | 1,935.77 | $ | 1,000.14 | $ 935.63 |
| 307 | Production SAN Server | 9/1/2016 | SLMM | 02 07 | $ | 1,439.36 | $ | 695.69 | $ 743.67 |
| 308 | Production Server | 9/1/2016 | SLMM | 02 07 | $ | 4,448.99 | $ | 2,150.35 | $ 2,298.64 |
| 311 | Laptop | 9/27/2016 | SLMM | 02 08 | $ | 679.00 | $ | 316.87 | $ 362.13 |
| 314 | Monitor & Workstation Set | 9/27/2016 | SLMM | 02 08 | $ | 423.02 | $ | 197.40 | $ 225.62 |
| 315 | Monitor & Workstation Set | 9/27/2016 | SLMM | 02 08 | $ | 507.68 | $ | 236.92 | $ 270.76 |
| 317 | Laptop | 10/31/2016 | SLMM | 02 09 | $ | 549.65 | $ | 247.34 | $ 302.31 |
| 318 | Monitor & Workstation Set | 10/31/2016 | SLMM | 02 09 | $ | 401.26 | $ | 180.57 | $ 220.69 |
| 319 | Office Server & Drives | 10/31/2016 | SLMM | 02 09 | $ | 766.00 | $ | 344.70 | $ 421.30 |
| 324 | Monitor & Workstation Set | 10/31/2016 | SLMM | 02 09 | $ | 434.04 | $ | 195.32 | $ 238.72 |
| 328 | Firewall-CORP | 11/3/2016 | SLMM | 02 09 | $ | 519.17 | $ | 233.62 | $ 285.55 |
| 332 | Firewall-CIG/CORP | 11/3/2016 | SLMM | 02 09 | $ | 1,096.03 | $ | 493.23 | $ 602.80 |
| 440 | Laptop | 11/1/2016 | SLMM | 00 09 | $ | 189.00 | $ | 141.75 | $ 47.25 |
| 442 | Laptop | 11/1/2016 | SLMM | 00 09 | $ | 189.00 | $ | 141.75 | $ 47.25 |
| 443 | Laptop | 11/1/2016 | SLMM | 00 09 | $ | 189.00 | $ | 141.75 | $ 47.25 |
| 448 | Laptop | 11/1/2016 | SLMM | 00 09 | $ | 189.00 | $ | 141.75 | $ 47.25 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 41:  Office equipment, including all computer equipment and communications equipment and software

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 449 | Laptop | 11/1/2016 | SLMM | 00 09 | $ 189.00 | $ 141.75 | $ 47.25 |
| 450 | Laptop | 11/1/2016 | SLMM | 00 09 | $ 189.00 | $ 141.75 | $ 47.25 |
| 451 | Laptop | 11/1/2016 | SLMM | 00 09 | $ 189.00 | $ 141.75 | $ 47.25 |
| 454 | Laptop | 12/1/2016 | SLMM | 00 10 | $ 189.00 | $ 136.50 | $ 52.50 |
| 455 | Laptop | 12/1/2016 | SLMM | 00 10 | $ 189.00 | $ 136.50 | $ 52.50 |
| 456 | Laptop | 12/1/2016 | SLMM | 00 10 | $ 189.00 | $ 136.50 | $ 52.50 |
| 1225 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 182.00 | $ 121.34 | $ 60.66 |
| 1256 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1257 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1258 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1260 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1261 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1262 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1263 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1264 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1265 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1267 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1268 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1269 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1270 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1271 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1272 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1273 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1274 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1275 | Laptop | 2/15/2017 | SLMM | 01 00 | $ 310.00 | $ 206.66 | $ 103.34 |
| 1276 | Laptop | 12/31/2016 | SLMM | 02 11 | $ 1,332.13 | $ 555.06 | $ 777.07 |
| 1277 | USB Duplicator | 12/31/2016 | SLMM | 02 11 | $ 433.98 | $ 180.83 | $ 253.15 |
| 1420 | 3-Production Servers | 1/31/2017 | SLMM | 03 00 | $ 6,341.10 | $ 2,536.45 | $ 3,804.65 |
| 1421 | Laptop | 8/1/2016 | SLMM | 00 06 | $ 195.33 | $ 162.78 | $ 32.55 |
| 1422 | Laptop | 8/1/2016 | SLMM | 00 06 | $ 195.33 | $ 162.78 | $ 32.55 |
| 1430 | Laptop & Workstation | 12/22/2016 | SLMM | 02 11 | $ 1,266.90 | $ 527.88 | $ 739.02 |
| 1431 | 10-Internal Hard Drives | 12/31/2016 | SLMM | 02 11 | $ 2,142.90 | $ 892.88 | $ 1,250.02 |
| 1432 | Desktop | 12/15/2016 | SLMM | 02 10 | $ 1,077.99 | $ 467.14 | $ 610.85 |
| 1438 | Laptop | 2/1/2017 | SLMM | 03 00 | $ 708.09 | $ 283.24 | $ 424.85 |
| 1439 | Laptop | 2/1/2017 | SLMM | 03 00 | $ 708.09 | $ 283.24 | $ 424.85 |
| 1552 | Monitor & Workstation Set | 3/31/2017 | SLMM | 03 02 | $ 503.09 | $ 184.47 | $ 318.62 |
| 1553 | Surge Protectors | 3/31/2017 | SLMM | 03 02 | $ 195.14 | $ 71.55 | $ 123.59 |
| 1554 | Production Server | 3/31/2017 | SLMM | 03 02 | $ 1,057.82 | $ 387.86 | $ 669.96 |
| 1555 | Laptop | 3/31/2017 | SLMM | 03 02 | $ 513.81 | $ 188.39 | $ 325.42 |
| 1789 | Server | 4/30/2017 | SLMM | 00 00 | $ 4,575.00 | $ 381.25 | $ 4,193.75 |
| 1790 | Server | 4/30/2017 | SLMM | 00 00 | $ 5,935.00 | $ 494.58 | $ 5,440.42 |
| 1830 | Check  Scanner | 6/30/2017 | SLMM | 03 05 | $ 415.00 | $ 131.42 | $ 283.58 |
| 1982 | Production Server | 8/1/2017 | SLMM | 03 06 | $ 21,102.14 | $ 6,330.64 | $ 14,771.50 |
| 1983 | Monitor & Workstation Set | 8/31/2017 | SLMM | 03 07 | $ 1,192.58 | $ 337.91 | $ 854.67 |
| 2047 | Laptop Kit | 10/31/2017 | SLMM | 03 09 | $ 836.46 | $ 209.11 | $ 627.35 |
| 2102 | Hard Drives | 11/20/2017 | SLMM | 01 10 | $ 1,669.02 | $ 649.06 | $ 1,019.96 |
| 2103 | Laptop | 11/20/2017 | SLMM | 01 10 | $ 489.00 | $ 190.16 | $ 298.84 |
| 2104 | Server | 11/20/2017 | SLMM | 01 10 | $ 1,857.74 | $ 722.45 | $ 1,135.29 |
| 2105 | Hard Drives | 11/20/2017 | SLMM | 01 10 | $ 2,759.10 | $ 1,072.98 | $ 1,686.12 |
| 2106 | Monitor | 11/1/2017 | SLMM | 01 09 | $ 139.09 | $ 57.95 | $ 81.14 |
| 2107 | Hard Drive Testing Device | 11/20/2017 | SLMM | 01 10 | $ 609.87 | $ 237.17 | $ 372.70 |
| 2263 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2264 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2265 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2266 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2267 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2268 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 567.09 | $ 220.53 | $ 346.56 |
| 2269 | Hard Drives | 12/1/2017 | SLMM | 01 10 | $ 269.88 | $ 104.96 | $ 164.92 |
| 2270 | Hard Drives | 12/1/2017 | SLMM | 01 10 | $ 256.77 | $ 99.85 | $ 156.92 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 41:  Office equipment, including all computer equipment and communications equipment and software

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 2271 | Hard Drives | 12/1/2017 | SLMM | 01 10 | $ 240.72 | $ 93.62 | $ 147.10 |
| 2272 | Hard Drives | 12/1/2017 | SLMM | 01 10 | $ 256.77 | $ 99.85 | $ 156.92 |
| 2513 | Laptop | 1/3/2018 | SLMM | 01 11 | $ 464.57 | $ 167.77 | $ 296.80 |
| 2514 | Laptop | 1/3/2018 | SLMM | 01 11 | $ 464.58 | $ 167.77 | $ 296.81 |
| 2515 | Laptop | 1/3/2018 | SLMM | 01 11 | $ 464.58 | $ 167.77 | $ 296.81 |
| 2516 | Laptop | 1/3/2018 | SLMM | 01 11 | $ 464.58 | $ 167.77 | $ 296.81 |
| 2517 | Laptop | 1/3/2018 | SLMM | 01 11 | $ 464.58 | $ 167.77 | $ 296.81 |
| 2540 | iPad, Keyboard, Mouse | 4/19/2018 | SLMM | 04 03 | $ 1,538.56 | $ 230.78 | $ 1,307.78 |
| 1833 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1834 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1835 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1836 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1837 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1838 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1839 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1840 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1841 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1842 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1843 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1844 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1845 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1846 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1847 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1848 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1849 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1850 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1851 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1852 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1853 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1854 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1855 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1856 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1857 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1858 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1859 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1860 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1861 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1862 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1863 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1864 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1865 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1866 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1867 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1868 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1869 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1870 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1871 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1872 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1873 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1874 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1875 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1876 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1877 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1878 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1879 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1880 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1881 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1882 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1883 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 41:  Office equipment, including all computer equipment and communications equipment and software

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 1884 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1885 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1886 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1887 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1888 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1889 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1890 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1891 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1892 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1893 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1894 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1895 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1896 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1897 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1898 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1899 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1900 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1901 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1902 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1903 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1904 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1905 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1906 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1907 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1908 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1909 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1910 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1911 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1912 | Laptops | 10/1/2017 | SLMM | 01 08 | $ 279.00 | $ 124.00 | $ 155.00 |
| 1914 | Laptops | 7/31/2017 | SLMM | 01 06 | $ 749.00 | $ 374.51 | $ 374.49 |
| 1915 | Laptops | 7/31/2017 | SLMM | 01 06 | $ 749.00 | $ 374.51 | $ 374.49 |
| 1916 | Laptops | 7/31/2017 | SLMM | 01 06 | $ 749.00 | $ 374.51 | $ 374.49 |
| 1917 | Laptops | 7/31/2017 | SLMM | 01 06 | $ 749.00 | $ 374.51 | $ 374.49 |
| 1929 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1930 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1931 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1932 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1933 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1934 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1935 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1936 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1937 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1938 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1939 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1940 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1941 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1942 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1943 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1944 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1945 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1946 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1947 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1948 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1949 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1950 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1951 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1952 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1953 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1954 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 41:  Office equipment, including all computer equipment and communications equipment and software

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 1955 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1956 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1957 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1958 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1959 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1960 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1961 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1962 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1963 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1964 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1965 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1966 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1967 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1968 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1969 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1970 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1971 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1972 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1973 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1974 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1975 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1976 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1977 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1978 | Laptops | 9/30/2017 | SLMM | 01 08 | $ 304.13 | $ 135.18 | $ 168.95 |
| 1979 | Monitor & Workstation Set | 9/30/2017 | SLMM | 03 08 | $ 416.53 | $ 111.08 | 305.45 |
| 2015 | Projector | 9/30/2017 | SLMM | 03 08 | $ 921.44 | $ 245.72 | 675.72 |
| 2017 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2018 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2019 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2020 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2021 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2022 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2023 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2024 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2025 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2026 | Laptop | 10/31/2017 | SLMM | 01 09 | $ 290.96 | $ 121.24 | 169.72 |
| 2250 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2251 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2252 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2253 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2254 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2255 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2256 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2258 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2259 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
| 2260 | Laptop | 12/1/2017 | SLMM | 01 10 | $ 279.00 | $ 108.50 | 170.50 |
|  |  |  |  |  | $ 151,805.71 | $ 60,496.81 | $ 91,308.90 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, OR TITLED FARM VEHICLES

**Consolidated Infrastructure Group, Inc.**

**Case #19-10165**

**Schedule AB- 47: Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| District | Make Name | VIN Model | Model Year | Net Book Value |
|----------|-----------|-----------|------------|----------------|
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Nissan | FRONTIER | 2016 | - |
| IN | Dodge | GRAND CARAVAN | 2016 | - |
| IN | Nissan | FRONTIER | 2017 | - |
| NE | Nissan | FRONTIER | 2016 | - |
| NE | Nissan | FRONTIER | 2017 | - |

**Consolidated Infrastructure Group, Inc.**

**Case #19-10165**

**Schedule AB- 47:  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| District | Make Name | VIN Model | Model Year | Net Book Value |
|----------|-----------|-----------|------------|----------------|
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2016 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |
| OK W&P | Nissan | FRONTIER | 2017 | - |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 50

## OTHER MACHINERY, FIXTURES, AND EQUIPMENT
## (EXCLUDING FARM MACHINERY AND EQUIPMENT)

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 50:  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 2452 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2453 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2454 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2455 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2456 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2457 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2458 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2459 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2460 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2461 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2462 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2463 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2464 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2465 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2466 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2467 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2468 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2469 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2470 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2471 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2472 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2473 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2474 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2475 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2476 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2477 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2478 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2479 | Receiver | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2480 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2481 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2482 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2483 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2484 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2485 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2486 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2487 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2488 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2489 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2490 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2491 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2492 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2493 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2494 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2495 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2496 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2497 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2498 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2499 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2500 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2501 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2502 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2503 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2504 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2505 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2506 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2507 | Transmitter | 12/1/2017 | SLMM | 03 10 | $ 1,471.25 | $ 343.29 | $ 1,127.96 |
| 2542 | Receiver | 4/17/2018 | SLMM | 04 03 | $ 1,098.25 | $ 164.73 | 933.52 |
| 2543 | Transmitter | 4/17/2018 | SLMM | 04 03 | $ 1,901.30 | $ 285.20 | $ 1,616.10 |
| 1398 | Transmitter | 1/17/2017 | SLMM | 03 00 | $ 1,642.40 | $ 656.96 | 985.44 |
| 1399 | Transmitter | 1/17/2017 | SLMM | 03 00 | $ 1,642.40 | $ 656.96 | 985.44 |
| 1400 | Receiver | 1/17/2017 | SLMM | 03 00 | $ 1,099.56 | $ 439.83 | 659.73 |
| 1401 | Receiver | 1/17/2017 | SLMM | 03 00 | $ 1,531.54 | $ 612.62 | 918.92 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 50:  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|--------|-------------|-----------------|-------------|-------------|-------|--------------------|----------------|
| 1984 | 4-Manhole Blower/Guard/Lift Sets | 9/30/2017 | SLMM | 03 08 | $ 2,387.12 | $ 636.57 | $ 1,750.55 |
| 1985 | 6-Manhole Blower/Guard/Lift Sets | 9/30/2017 | SLMM | 03 08 | $ 3,580.68 | $ 954.85 | $ 2,625.83 |
| 1987 | 4-Pump/Detector/Ladder | 9/30/2017 | SLMM | 03 08 | $ 4,823.75 | $ 1,286.34 | $ 3,537.41 |
| 2012 | GMI Calibration Station | 9/30/2017 | SLMM | 03 08 | $ 1,173.43 | $ 312.92 | $ 860.51 |
| 2013 | Gas Detector Pumped | 9/30/2017 | SLMM | 03 08 | $ 3,819.90 | $ 1,018.65 | $ 2,801.25 |
| 2014 | Pump/Ladder | 9/30/2017 | SLMM | 03 08 | $ 3,441.23 | $ 917.66 | $ 2,523.57 |
| 2108 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2109 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2110 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2111 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2112 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2113 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2114 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2115 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2116 | Receiver | 11/15/2017 | SLMM | 03 09 | $ 1,492.58 | $ 373.15 | $ 1,119.43 |
| 2117 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2118 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2119 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2120 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2121 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2122 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2123 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2124 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2125 | Transmitter | 11/15/2017 | SLMM | 03 09 | $ 1,492.59 | $ 373.15 | $ 1,119.44 |
| 2273 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2274 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2275 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2276 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2277 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2278 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2279 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2280 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2281 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2282 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2283 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2284 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2285 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.46 | $ 394.52 | $ 1,084.94 |
| 2286 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2287 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2288 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2289 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2290 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2291 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2292 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2293 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2294 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2295 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2296 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2297 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2298 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2299 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2300 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2301 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2302 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2303 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2304 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2305 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2306 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2307 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2308 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2309 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2310 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 50:  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 2311 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2312 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2313 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2314 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2315 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2316 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2318 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2319 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2320 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2321 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2322 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2323 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2324 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2325 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2326 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2327 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2328 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2329 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2330 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2331 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2332 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2333 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2334 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2335 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2336 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2337 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2338 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2339 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2340 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2341 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2342 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2343 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2344 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2345 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2346 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2347 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2348 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2349 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2350 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2351 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2352 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2353 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2354 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2355 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2356 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2357 | Receiver | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2358 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2359 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2360 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2361 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2362 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2363 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2364 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2365 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2366 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2367 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2368 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2369 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2370 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2371 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2372 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |
| 2373 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ 1,479.47 | $ 394.52 | $ 1,084.95 |

**Consolidated Infrastructure Group, Inc.**
**Case #19-10165**
**Schedule AB- 50:  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | | Current Accum Depr | | Net Book Value | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2374 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2375 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2376 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2377 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2378 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2379 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2380 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2381 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2382 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2383 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2384 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2385 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2386 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2387 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2388 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2389 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2390 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2391 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2392 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2393 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2394 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2395 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2396 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2397 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2398 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2399 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2400 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2401 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2402 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2403 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2404 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2405 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2406 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2407 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2408 | Transmitter | 10/1/2017 | SLMM | 03 08 | $ | 1,479.47 | $ | 394.52 | $ | 1,084.95 |
| 2518 | 1-Manhole Lifter | 1/24/2018 | SLMM | 04 00 | $ | 159.14 | $ | 31.83 | $ | 127.31 |
| 2519 | Transmitter | 1/5/2018 | SLMM | 03 11 | $ | 1,694.85 | $ | 367.22 | $ | 1,327.63 |
| 2520 | Transmitter | 1/5/2018 | SLMM | 03 11 | $ | 1,804.42 | $ | 390.95 | $ | 1,413.47 |
| 2521 | Transmitter | 1/24/2018 | SLMM | 04 00 | $ | 1,826.19 | $ | 365.24 | $ | 1,460.95 |
| 2524 | 4-2" Semi-Trash Pumps (TUL) | 2/1/2018 | SLMM | 02 00 | $ | 1,268.11 | $ | 422.71 | $ | 845.40 |
| 2525 | 4-Xtend Ladders (TUL) | 2/1/2018 | SLMM | 02 00 | $ | 1,131.58 | $ | 377.19 | $ | 754.39 |
| 2526 | 4-PS200 Gas Detectors (TUL) | 2/1/2018 | SLMM | 02 00 | $ | 2,753.74 | $ | 917.91 | $ | 1,835.83 |
| 2527 | 4-2" Semi-Trash Pumps (OKC) | 2/1/2018 | SLMM | 02 00 | $ | 1,270.79 | $ | 423.60 | $ | 847.19 |
| 2528 | 4-Xtend Ladders (OKC) | 2/1/2018 | SLMM | 04 00 | $ | 1,133.96 | $ | 226.79 | $ | 907.17 |
| 2529 | 4-PS200 Gas Detectors (OKC) | 2/1/2018 | SLMM | 04 00 | $ | 2,759.54 | $ | 551.91 | $ | 2,207.63 |
| 2530 | Receiver | 2/2/2018 | SLMM | 04 00 | $ | 1,097.27 | $ | 219.46 | $ | 877.81 |
| 2531 | Receiver | 2/15/2018 | SLMM | 04 00 | $ | 1,098.35 | $ | 219.68 | $ | 878.67 |
| 2532 | Receiver | 2/14/2018 | SLMM | 04 00 | $ | 1,116.26 | $ | 223.25 | $ | 893.01 |
| 2533 | Transmitter | 2/14/2018 | SLMM | 04 00 | $ | 1,880.39 | $ | 376.08 | $ | 1,504.31 |
| 2534 | 4-Manhole Lifters | 2/2/2018 | SLMM | 04 00 | $ | 682.77 | $ | 136.56 | $ | 546.21 |
| 2535 | Transmitter | 2/23/2018 | SLMM | 04 01 | $ | 1,883.33 | $ | 345.28 | $ | 1,538.05 |
| 2536 | 4-Manhole Lifters | 2/20/2018 | SLMM | 04 01 | $ | 651.49 | $ | 119.44 | $ | 532.05 |
| 2538 | 3-Manhole Lifters | 3/20/2018 | SLMM | 04 02 | $ | 491.17 | $ | 81.87 | $ | 409.30 |
| 2541 | Receiver | 4/13/2018 | SLMM | 04 02 | $ | 1,132.63 | $ | 188.78 | $ | 943.85 |
| 2544 | Receiver | 4/17/2018 | SLMM | 04 03 | $ | 1,098.25 | $ | 164.73 | $ | 933.52 |
| 2545 | Transmitter | 4/17/2018 | SLMM | 04 03 | $ | 1,955.73 | $ | 293.36 | $ | 1,662.37 |
| 2546 | 4-Manhole Lifters | 4/23/2018 | SLMM | 04 03 | $ | 784.81 | $ | 117.72 | $ | 667.09 |
| 2547 | 20 used blowers 20 guard rails | 4/23/2018 | SLMM | 04 03 | $ | 4,500.00 | $ | 675.00 | $ | 3,825.00 |
| 2548 | Receiver | 4/17/2018 | SLMM | 04 03 | $ | 1,098.25 | $ | 164.73 | $ | 933.52 |
| 2549 | Transmitter | 4/17/2018 | SLMM | 04 03 | $ | 1,928.53 | $ | 289.28 | $ | 1,639.25 |
| 2551 | Receiver | 5/31/2018 | SLMM | 04 04 | $ | 1,109.56 | $ | 147.94 | $ | 961.62 |
| 2552 | Receiver | 5/31/2018 | SLMM | 04 04 | $ | 1,098.51 | $ | 146.47 | $ | 952.04 |

**Consolidated Infrastructure Group, Inc.**
**Case #19-10165**
**Schedule AB- 50:  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|--------|-------------|-----------------|-------------|-------------|-------|--------------------|----------------|
| 2553 | Receiver | 5/31/2018 | SLMM | 04 04 | $ 1,109.56 | $ 147.94 | $ 961.62 |
| 2555 | Receiver | 6/30/2018 | SLMM | 04 05 | $ 1,110.08 | $ 129.51 | $ 980.57 |
| | | | | | $ 378,755.69 | $ 95,406.86 | $ 283,348.83 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 10, QUESTION 64

## OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY

**Consolidated Infrastructure Group, Inc.**
Case #19-10165
Schedule AB- 64:  Other intangibles, or intellectual property

| Sys No | Description | In Service Date | Depr Method | Remain Life | Basis | Current Accum Depr | Net Book Value |
|---|---|---|---|---|---|---|---|
| 1423 | Microsoft Windows Server | 7/1/2016 | SLMM | 04 05 | $ 698.00 | $ 257.61 | $ 440.39 |
| 1424 | SQL Server | 7/1/2016 | SLMM | 04 05 | $ 2,788.40 | $ 1,029.05 | $ 1,759.35 |
| 1425 | Sage500 GL | 7/16/2016 | SLMM | 04 06 | $ 29,986.48 | $ 10,709.45 | $ 19,277.03 |
| 1426 | Keystone TMS | 11/1/2016 | SLMM | 04 09 | $ 97,683.67 | $ 31,398.32 | $ 66,285.35 |
| 1427 | Keystone TMS | 12/1/2016 | SLMM | 04 10 | $ 32,518.86 | $ 10,065.36 | $ 22,453.50 |
| 1428 | Keystone TMS | 1/1/2017 | SLMM | 04 11 | $ 53,447.40 | $ 15,906.96 | $ 37,540.44 |
| 1429 | Keystone TMS | 2/1/2017 | SLMM | 05 00 | $ 32,008.35 | $ 9,145.24 | $ 22,863.11 |
| 1433 | 4-DevCraft Developer Licenses | 12/31/2016 | SLMM | 04 11 | $ 5,396.40 | $ 1,606.08 | $ 3,790.32 |
| 1434 | ArcGIS License | 12/31/2016 | SLMM | 04 11 | $ 4,280.00 | $ 1,273.81 | $ 3,006.19 |
| 1437 | Keystone TMS | 3/1/2017 | SLMM | 05 01 | $ 31,724.89 | $ 8,686.58 | $ 23,038.31 |
| 1786 | VMWare Software Licensing | 3/15/2017 | SLMM | 03 01 | $ 9,540.56 | $ 3,657.21 | $ 5,883.35 |
| 1787 | Development Toolset | 3/31/2017 | SLMM | 05 02 | $ 1,603.93 | $ 420.07 | $ 1,183.86 |
| 1788 | Keystone TMS | 3/31/2017 | SLMM | 05 02 | $ 41,255.57 | $ 10,805.03 | $ 30,450.54 |
| 1796 | Keystone TMS | 4/30/2017 | SLMM | 05 03 | $ 42,193.09 | $ 10,548.28 | $ 31,644.81 |
| 1812 | Keystone TMS | 5/31/2017 | SLMM | 05 04 | $ 39,507.56 | $ 9,406.57 | $ 30,100.99 |
| 1823 | Keystone TMS | 6/30/2017 | SLMM | 05 05 | $ 35,669.78 | $ 8,068.16 | $ 27,601.62 |
| 1913 | Keystone TMS | 7/31/2017 | SLMM | 05 06 | $ 43,721.39 | $ 9,368.86 | $ 34,352.53 |
| 1928 | Keystone TMS | 8/31/2017 | SLMM | 05 07 | $ 41,342.62 | $ 8,366.96 | $ 32,975.66 |
| 1997 | Keystone TMS | 9/30/2017 | SLMM | 05 08 | $ 49,349.22 | $ 9,399.85 | $ 39,949.37 |
| 2016 | Keystone TMS | 10/31/2017 | SLMM | 05 09 | $ 53,186.45 | $ 9,497.58 | $ 43,688.87 |
| 2076 | Keystone TMS | 11/30/2017 | SLMM | 05 10 | $ 43,951.53 | $ 7,325.25 | $ 36,626.28 |
| 2220 | Keystone TMS | 12/31/2017 | SLMM | 05 11 | $ 45,044.56 | $ 6,971.19 | $ 38,073.37 |
| 2512 | Keystone TMS | 1/31/2018 | SLMM | 06 00 | $ 54,223.54 | $ 7,746.22 | $ 46,477.32 |
| 2522 | Keystone TMS | 2/28/2018 | SLMM | 06 01 | $ 47,894.75 | $ 6,271.94 | $ 41,622.81 |
| 2537 | Keystone TMS | 3/31/2018 | SLMM | 06 02 | $ 45,709.56 | $ 5,441.61 | $ 40,267.95 |
| 2539 | Keystone TMS | 4/30/2018 | SLMM | 06 03 | $ 46,260.06 | $ 4,956.44 | $ 41,303.62 |
| 2550 | Keystone TMS | 5/31/2018 | SLMM | 06 04 | $ 55,796.46 | $ 5,313.95 | $ 50,482.51 |
| 2554 | Keystone TMS | 6/30/2018 | SLMM | 06 05 | $ 40,454.96 | $ 3,371.25 | $ 37,083.71 |
| 2556 | Keystone TMS | 7/31/2018 | SLMM | 06 06 | $ 50,994.69 | $ 3,642.48 | $ 47,352.21 |
| 2557 | Keystone TMS | 8/31/2018 | SLMM | 06 07 | $ 34,883.77 | $ 2,076.41 | $ 32,807.36 |
| 2558 | Keystone TMS | 9/30/2018 | SLMM | 06 08 | $ 32,458.47 | $ 1,545.64 | $ 30,912.83 |
| 2559 | Keystone TMS | 10/31/2018 | SLMM | 06 09 | $ 35,131.05 | $ 1,254.68 | $ 33,876.37 |
| | | | | | $ 1,180,706.02 | $ 225,534.09 | $ 955,171.93 |

| Debtor Name | **Consolidated Infrastructure Group, Inc.** |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

| Case number (if known): | **19-10165** |
|---|---|

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**If a creditor has more than one secured claim, list the creditor separately for each claim.

Amount of Claim
Do not deduct the
value of collateral

Value of collateral
that supports this
claim

Creditor's name

**NONE**

Creditor's mailing address

Describe debtor's property that is subject to a lien

Describe the lien

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred
_____
_____

☐ No
☐ Yes

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor Name | Consolidated Infrastructure Group, Inc. |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):     **19-10165**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F - Creditors Who Have Claims Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | **Priority creditor's name and mailing address**<br>ADAM LOFTON<br>2820 E 97TH PL S, APT 2703<br>TULSA, OK 74137 | **As of the petition filing date, the claim is:**<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $808.38 | $808.38 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    ) | | | |

| 2.2 | **Priority creditor's name and mailing address**<br>ALEXANDER BLACK<br>107 W MOSIER<br>NORMAN, OK 73069 | **As of the petition filing date, the claim is:**<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $299.97 | $299.97 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    ) | | | |

| 2.3 | **Priority creditor's name and mailing address**<br>AUDRA DICKSON<br>10202 SAINT PATRICK DR<br>MIDWEST CITY, OK 73130 | **As of the petition filing date, the claim is:**<br>☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $461.92 | $461.92 |
|---|---|---|---|---|
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>EMPLOYEE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    ) | | | |

Debtor Name    **Consolidated Infrastructure Group, Inc.**     Case number (if known): **19-10165**

| Part 1: | Additional Page |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.4**  **Priority creditor's name and mailing address**
BRADLEY RENO
2615 CEDAR TREE RD
OKLAHOMA CITY, OK 73120

**As of the petition filing date, the claim is:**     $332.86     $332.86
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.5**  **Priority creditor's name and mailing address**
BRANDON L RENFRO
124 SW 175TH TERR
OKLAHOMA CITY, OK 73170

**As of the petition filing date, the claim is:**     $3,750.60     $3,750.60
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.6**  **Priority creditor's name and mailing address**
BRIAN HANNA
3850 COTTAGE GROVE AVE SE
CEDAR RAPIDS, IA 52403

**As of the petition filing date, the claim is:**     $1,332.78     $1,332.78
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.7**  **Priority creditor's name and mailing address**
BRIAN LEWIS
1113 NE 5TH TER
OKLAHOMA CITY, OK 73117

**As of the petition filing date, the claim is:**     $106.08     $106.08
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |
|---|---|---|

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.8** 

Priority creditor's name and mailing address
CARLOS CRUZ
57188 PINEWOOD DR
SOUTH BEND, IN 46619

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $1,174.01  Priority amount: $1,174.01

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.9**

Priority creditor's name and mailing address
CASEY TOBIN
1414 PHEASANT RUN CT
NORMAN, OK 73072

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $332.80  Priority amount: $332.80

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.10**

Priority creditor's name and mailing address
CHRISTINA ANTHEM
P.O. BOX 1597
WOODWARD, OK 73802

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $256.41  Priority amount: $256.41

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.11**

Priority creditor's name and mailing address
CHRISTOPHER R MILLER
13656 CR 3487
ADA, OK 74820

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Total claim: $459.10  Priority amount: $459.10

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

Debtor Name    **Consolidated Infrastructure Group, Inc.**                Case number (if known): **19-10165**

| **Part 1:** | **Additional Page** |
| --- | --- |

| | **Total claim** | **Priority amount** |
| --- | --- | --- |

---

**2.12**   Priority creditor's name and mailing address
CINDI DESTEFANO
8709 NW 87TH ST
OKLAHOMA CITY, OK 73132

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Total claim: $168.53    Priority amount: $168.53

---

**2.13**   Priority creditor's name and mailing address
CRAIG CHRISTAINSON
669 S 196TH AVE
ELKHORN, NE 68022

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Total claim: $1,243.89    Priority amount: $1,243.89

---

**2.14**   Priority creditor's name and mailing address
CRISTI COLLINS
2120 S 43RD ST
OMAHA, NE 68105

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Total claim: $559.67    Priority amount: $559.67

---

**2.15**   Priority creditor's name and mailing address
DANIEL MARCO
1225 CHEYENNE DR
CROWN POINT, IN 46307

As of the petition filing date, the claim is:
[X] Contingent
[ ] Unliquidated
[ ] Disputed

Date or dates debt was incurred

Basis for the claim:
EMPLOYEE

Last 4 digits of account
number

Is the claim subject to offset?
[✓] No
[ ] Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 4        )

Total claim: $555.00    Priority amount: $555.00

---

| Debtor Name | **Consolidated Infrastructure Group, Inc.** | Case number (if known): **19-10165** |

| **Part 1:** | **Additional Page** |

| 2.16 | **Priority creditor's name and mailing address**<br>DAVID BLOUNT<br>204 WORTHINGTON DR<br>TRUSSVILLE, AL 35173 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | **Total claim**<br>$4,387.58 | **Priority amount**<br>$4,387.58 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.17 | **Priority creditor's name and mailing address**<br>DAVID ROOF<br>225 W URBANA ST<br>BROKEN ARROW, OK 74012 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $1,008.68 | $1,008.68 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.18 | **Priority creditor's name and mailing address**<br>ERIK EGEBERG<br>7311 RAVEN CIR<br>LINCOLN, NE 68506 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $799.58 | $799.58 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| 2.19 | **Priority creditor's name and mailing address**<br>ERIN YOUNG<br>1914 OAKMEADOWS DR<br>NORMAN, OK 73071 | **As of the petition filing date, the claim is:**<br>[X] Contingent<br>[ ] Unliquidated<br>[ ] Disputed | $5.55 | $5.55 |

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

Debtor Name   **Consolidated Infrastructure Group, Inc.**   Case number (if known): **19-10165**

| Part 1: | Additional Page |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

---

**2.20**

**Priority creditor's name and mailing address**
JASON EDWARDS
3862 S 99TH E AVE
TULSA, OK 74146

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $454.74    **Priority amount** $454.74

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.21**

**Priority creditor's name and mailing address**
JASON L HERSHEL
4224 BONAPARTE BLVD
MIDWEST CITY, OK 73110

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $82.90    **Priority amount** $82.90

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.22**

**Priority creditor's name and mailing address**
JEFFREY FOSTER
815 S HIGHTOWER ST
STILLWATER, OK 74074

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $27.30    **Priority amount** $27.30

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.23**

**Priority creditor's name and mailing address**
JOE NORTON
28 W BIXBY ST
BIXBY, OK 74008

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $320.80    **Priority amount** $320.80

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor Name   **Consolidated Infrastructure Group, Inc.**                 Case number (if known): **19-10165**

| **Part 1:** | **Additional Page** |
| --- | --- |

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.24** **Priority creditor's name and mailing address**

JONATHAN RUSSELL
1116 E PERKINS AVE
SAPULPA, OK 74066

**As of the petition filing date, the claim is:**       $149.40            $149.40

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.25** **Priority creditor's name and mailing address**

JUSTIN A CLARE
9653 E REDBUD ST
CLAREMORE, OK 74017

**As of the petition filing date, the claim is:**       $290.36            $290.36

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.26** **Priority creditor's name and mailing address**

KYLE MUSTIN
26925 BARTLETT RD
HENRYETTA, OK 74437

**As of the petition filing date, the claim is:**       $122.85            $122.85

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

---

**2.27** **Priority creditor's name and mailing address**

KYLE PHILLIPS
4622 S 72ND E AVE
TULSA, OK 74145

**As of the petition filing date, the claim is:**       $295.24            $295.24

[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4    )

Debtor Name   **Consolidated Infrastructure Group, Inc.**              Case number (if known): **19-10165**

| **Part 1:** | **Additional Page** |
|---|---|

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.28** **Priority creditor's name and mailing address**
LES MCCLUNG
1117 W DORCHESTER WAY
MUSTANG, OK 73064

**As of the petition filing date, the claim is:**            **$219.75**              **$219.75**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.29** **Priority creditor's name and mailing address**
MARK STEINLE

**As of the petition filing date, the claim is:**            **$480.30**              **$480.30**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.30** **Priority creditor's name and mailing address**
MATTHEW D KNOX
7204 N PINE ST
DAVENPORT, IA 52806

**As of the petition filing date, the claim is:**            **$474.43**              **$474.43**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

**2.31** **Priority creditor's name and mailing address**
MATTHEW PERRY
3300 E HANCOCK ST, APT A18
MUSKOGEE, OK 74403

**As of the petition filing date, the claim is:**            **$76.25**              **$76.25**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

---

Debtor Name    **Consolidated Infrastructure Group, Inc.**

Case number (if known): **19-10165**

| Part 1: | Additional Page |
|---|---|

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.32** **Priority creditor's name and mailing address**
MICHAEL JOHNSON
3634 S 203RD ST
OMAHA, NE 68130

**As of the petition filing date, the claim is:**          $2,132.22          $2,132.22
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.33** **Priority creditor's name and mailing address**
NANCY COOLEY
15619 VALLEY BEND DR
HOUSTON, TX 77068

**As of the petition filing date, the claim is:**          $1,369.56          $1,369.56
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.34** **Priority creditor's name and mailing address**
NATHAN DYSON
17106 TAYLOR ST
OMAHA, NE 68116

**As of the petition filing date, the claim is:**          $1,066.11          $1,066.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

**2.35** **Priority creditor's name and mailing address**
NICHOLAS MEADOR
15314 W 81ST SOUTH, APT C
SULPULPA, OK 74066

**As of the petition filing date, the claim is:**          $132.98          $132.98
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4      )

---

Debtor Name    **Consolidated Infrastructure Group, Inc.**

Case number (if known): **19-10165**

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.36**

**Priority creditor's name and mailing address**
PAUL BAUGHER
9 GATE RD
TABERNACLE, NJ 08088

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $10,540.22    **Priority amount** $6,388.46

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.37**

**Priority creditor's name and mailing address**
ROBERT RUGGERI
384 W AMOROSO DR
GILBERT, AZ 85233

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $852.94    **Priority amount** $852.94

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.38**

**Priority creditor's name and mailing address**
RUSSELL BLACK
107 W MOSIER
NORMAN, OK 73069

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $2,220.90    **Priority amount** $2,220.90

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.39**

**Priority creditor's name and mailing address**
SCOT ANERSON
6223 ANTIOCH BLVD
BATON ROUGE, LA 70817

**As of the petition filing date, the claim is:**
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Total claim** $1,658.76    **Priority amount** $1,658.76

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

| Debtor Name | **Consolidated Infrastructure Group, Inc.** | Case number (if known): **19-10165** |
|---|---|---|

| **Part 1:** | **Additional Page** |
|---|---|

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.40 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,066.11** | **$1,066.11** |
|---|---|---|---|---|

**2.40**

**Priority creditor's name and mailing address**
TRAVIS DANIELS
10508 CATALINA DR
JOHNSTON, IA 50131

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4          )

**As of the petition filing date, the claim is:**  $1,066.11   $1,066.11
[X] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
EMPLOYEE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Consolidated Infrastructure Group, Inc.**

Case number (if known): **19-10165**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
ADVANCED WORKPLACE STRATEGIES, INC.
17592 E 17TH ST, STE 300
TUSTIN, CA 92780

As of the petition filing date, the claim is:                                                        $1,396.65

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ADVENTURES IN ADVERTISING (CENTRAL IOWA)
8148 SOLUTIONS CENTER
CHICAGO, IL 60677

As of the petition filing date, the claim is:                                                        $234.20

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
AMAZON CAPITAL SERVICES
P.O. BOX 035184
SEATTLE, WA 98124

As of the petition filing date, the claim is:                                                        $48.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
AT & T
420 S. GRAND AVE  RM 1500
LOS ANGELES, CA  90071

As of the petition filing date, the claim is:                                                        UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |
| --- | --- | --- |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

|  |  | **Amount of claim** |
| --- | --- | --- |

**3.5** **Nonpriority creditor's name and mailing address**
AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        $1,364.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AUTOMOTIVE RENTALS, INC.
4001 LEADENHALL RD
MOUNT LAUREL, NJ 08054

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        $1,435,251.06
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
BARNES & THORNBURG LLP
11 SOUTH MERIDIAN ST
INDIANAPOLIS, IN 46204-3535

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        $45,761.89
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
BEST WESTERN WOODLAND HILLS
10143 E 62ND ST SOUTH
TULSA, OK 74133

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                        $369.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.9**    **Nonpriority creditor's name and mailing address**
BLUE CROSS BLUE SHIELD NEBRASKA
ATTENTION: NATE BERGER
17445 ARBOR ST, STE 300
OMAHA, NE 68130

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,714.68

---

**3.10**    **Nonpriority creditor's name and mailing address**
CALAMP WIRELESS NETWORKS CORP.
1401 N RICE AVE
OXNARD, CA 93030

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,429.35

---

**3.11**    **Nonpriority creditor's name and mailing address**
CANDLEWOOD SUITES DENHAM SPRINGS
246 RUSHING RD WEST
DENHAM SPRINGS, LA 70726

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,402.37

---

**3.12**    **Nonpriority creditor's name and mailing address**
COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC
183 INVERNESS DR W
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

|||| Amount of claim |

**3.13**    **Nonpriority creditor's name and mailing address**
COX COMMUNICATIONS
4901 SOUTH 48TH ST
SPRINGDALE, AR 72762

**As of the petition filing date, the claim is:**    **UNKNOWN**

- [X] Contingent
- [X] Unliquidated
- [X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.14**    **Nonpriority creditor's name and mailing address**
CPG OXMOOR, LLC
4100 CARMEL RD, B-156
CHARLOTTE, NC 28226

**As of the petition filing date, the claim is:**    $6,620.88

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.15**    **Nonpriority creditor's name and mailing address**
CR3 PARTNERS
13355 NOEL RD, STE 310
DALLAS, TX 75240

**As of the petition filing date, the claim is:**    $11,274.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

**3.16**    **Nonpriority creditor's name and mailing address**
CRAWFORD & WINIARSKI
535 GRISWOLD, STE 1500
DETROIT, MI 48226

**As of the petition filing date, the claim is:**    $37,945.15

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

---

Debtor Name **Consolidated Infrastructure Group, Inc.**    Case number (if known): **19-10165**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.17** | **Nonpriority creditor's name and mailing address**
DATA INTEGRATION, INC.
1050 PARKWAY INDUSTRIAL PARK DR, STE 100
BUFORD, GA 30518

**As of the petition filing date, the claim is:**    $119,716.29

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**
EQUITY RISK PARTNERS
456 MONTGOMERY ST, STE 1200
SAN FRANCISCO, CA 94104

**As of the petition filing date, the claim is:**    $5,817.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**
FIRST TEXAS HOSPITAL
P.O. BOX 842699
DALLAS, TX 75284

**As of the petition filing date, the claim is:**    $3,023.16

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**
FTI CONSULTING, INC.
P.O. BOX 418005
BOSTON, MA 02241-8005

**As of the petition filing date, the claim is:**    $35,178.82

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.21** **Nonpriority creditor's name and mailing address**

HEMPHILL SEARCH GROUP, INC
1010 SOUTH 120TH ST, STE 310
OMAHA, NE 68154

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,320.00

---

**3.22** **Nonpriority creditor's name and mailing address**

HOME2 SUITES BY HILTON MERRILLVILLE
8420 INDIANA ST
MERRILLVILLE, IN 46410

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,040.00

---

**3.23** **Nonpriority creditor's name and mailing address**

INDUSTRIAL TRAINING SERVICES
120 MAX HURT DR
MURRAY, KY 42071

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$850.00

---

**3.24** **Nonpriority creditor's name and mailing address**

IOWA ONE CALL
ATTENTION: SHELLIE
P.O. BOX 867
BETTENDORF, IA 52722-0867

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$532.80

---

Debtor Name    **Consolidated Infrastructure Group, Inc.**                Case number (if known): **19-10165**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.25**  **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:        $608.56
K&R CONSULTING GROUP, INC.
1820 N 169TH PLAZA
OMAHA, NE 68118
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.26**  **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:        $6,345.00
KATZ KORIN CUNNINGHAM, PC
334 NORTH SENATE AVE
INDIANAPOLIS, IN 46204-1708
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.27**  **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:        $10,744.84
KUTAK ROCK LLP
1650 FARNAM ST
OMAHA, NE 68102
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.28**  **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:        $50.00
MEA ENERGY ASSOCIATION
7825 TELEGRAPH RD
BLOOMINGTON, MN 55438-1133
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**                 **Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number**                 **Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name   **Consolidated Infrastructure Group, Inc.**          Case number (if known): **19-10165**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.29** **Nonpriority creditor's name and mailing address**
NORTHSTAR MIDSTREAM
10077 GROGANS MILL RD, STE 530
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**       **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.30** **Nonpriority creditor's name and mailing address**
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
155 NORTH WACKER DR, STE 4300
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**       **$766,113.96**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.31** **Nonpriority creditor's name and mailing address**
PARALLEL49 EQUITY, INC.
1055 WEST HASTINGS ST, STE 1060
VANCOUVER, BC V6E 2E9
CANADA

**As of the petition filing date, the claim is:**       **$2,345.12**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.32** **Nonpriority creditor's name and mailing address**
PILLSBURY WINTHROP SHAW PITTMAN
1200 SEVENTEENTH ST, NW
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**       **$24,108.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**       **Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Consolidated Infrastructure Group, Inc.**    Case number (if known): **19-10165**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.33**

**Nonpriority creditor's name and mailing address**
PIONEER TELEPHONE COOPERATIVE
108 EAST ROBBINS AVE
P.O. BOX 539
KINGFISHER, OK 73750

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**
SAFELITE FULFILLMENT, INC
P.O. BOX 633197
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**    **$1,943.78**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**
SONESTA ES SUITES, OKC
4361 W RENO AVE
OKLAHOMA CITY, OK 73107

**As of the petition filing date, the claim is:**    **$2,444.62**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**
STAYBRIDGE SUITES OKLAHOMA CITY AIRPORT
4411 SW 15TH ST
OKLAHOMA CITY, OK 73108

**As of the petition filing date, the claim is:**    **$1,523.70**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.37**

**Nonpriority creditor's name and mailing address**
STERICYCLE COMSOL
26604 NETWORK PL
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**

$5,073.72

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**
USIC LLC
9045 NORTH RIVER RD, STE 300
INDIANAPOLIS, IN 46240

**As of the petition filing date, the claim is:**

UNKNOWN

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**
WATER'S FAMILY INVESTMENTS, LLC
137 ASPEN SQUARE
DENHAM SPRINGS, LA 70726

**As of the petition filing date, the claim is:**

$10,632.21

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**
ZOHO CORPORATION #4926
P.O. BOX 894926
LOS ANGELES, CA  90189-4926

**As of the petition filing date, the claim is:**

$1,068.93

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Consolidated Infrastructure Group, Inc.**

Case number (if known): **19-10165**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
| --- | --- |

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**

$42,077.51

**5b. Total claims from Part 2**

$2,641,293.35

**5c. Total claims of Parts 1 and 2**
Lines 5a + 5b = 5c

$2,683,370.86

| | |
|---|---|
| Debtor Name | **Consolidated Infrastructure Group, Inc.** |
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **19-10165** |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official
Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with
whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **OFFICE LEASE** | **11620 ARBOR LLC<br>450 REGENCY PKWY, STE 200<br>OMAHA, NE 68114** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL SERVICE CONTRACT** | **ADP, LLC<br>1851 N RESLER DR, MS-100<br>EL PASO, TX 79912** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **TRUCK LEASING** | **AUTOMOTIVE RENTALS, INC.<br>4001 LEADENAHLL RD<br>P.O. BOX 5039<br>MT LAUREL, NJ 08054** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **MEDICAL INSURANCE** | **BLUE CROSS BLUE SHIELD OF NEBRASKA<br>P.O. BOX 3801<br>OMAHA, NE 68103-0801** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **GPS TRACKING SERVICE** | **CALAMP WIRELESS NETWORKS CORP.<br>15635 ALTON PKWY, STE 250<br>IRVINE, CA 92618** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | Consolidated Infrastructure Group, Inc. | Case number (if known): **19-10165** |
| --- | --- | --- |

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **FACTORING AGREEMENT** | **CITIBANK**<br>**388 GREENWICH ST, 25TH**<br>**NEW YORK, NY 10013** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **CUSTOMER CONTRACT** | **CITY OF DAVENPORT, IA**<br>**226 W. 4TH ST**<br>**DAVENPORT, IA 52801** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **WORKERS COMPENSATION POLICY** | **COMPSOURCE MUTUAL INSURANCE COMPANY**<br>**P.O. BOX 53505**<br>**OKLAHOMA CITY, OK 73152** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **IT CONTRACT** | **DELL EQUALLOGIC**<br>**DELL INC**<br>**300 INNOVATIVE WAY, STE 301**<br>**NASHUA, NH 03062** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE COBRA PROVIDER** | **DISCOVERY BENEFITS INC**<br>**P.O. BOX 9528**<br>**FARGO, ND 58106-9528** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **WORKERS COMPENSATION POLICY** | **LIBERTY MUTUAL GROUP**<br>**175 BERKELEY ST**<br>**BOSTON, MA 02116** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Consolidated Infrastructure Group, Inc.** | Case number (if known): **19-10165** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | MOBILE DEVICE MANAGEMENT CONTRACT | MAAS360<br>P.O. BOX 676673<br>DALLAS, TX 75267-6673 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT | MANAGE ENGINE DESKTOP CENTRAL<br>4141 HACIENDA DR<br>PLEASANTON, CA 94588 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | IT CONTRACT | MERAKI CISCO NETWORK DEVICES<br>500 TERRY A FRANCOIS BLVD<br>SAN FRANCISCO, CA 94158 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | 401K PLAN ADMINSTRATION | MUTUAL OF OMAHA<br>P.O. BOX 979<br>BRAINERD, MN 56401 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | NIPSCO<br>801 EAST 86TH AVE<br>MERRILLVILLE, IN 46410 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | ONE GAS<br>15 E 5TH ST<br>TULSA, OK 74103 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor Name    **Consolidated Infrastructure Group, Inc.**    Case number (if known): **19-10165**

<table>
<tr><td colspan="2">■ <strong>Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases</strong></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **IT CONTRACT** | **PANDA SECURITY**<br>**2600 LAKE LUCIEN DR, STE 115**<br>**MAITLAND, FL 32751** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE BENEFITS CONTRACT** | **PRINCIPAL LIFE INSURANCE COMPANY**<br>**P.O. BOX 10372**<br>**DES MOINES, IA 50306-0372** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **SUBSCRIPTION AGREEMENT** | **SAP LITMOS**<br>**4140 DUBLIN BLVD, 400**<br>**DUBLIN, CA 94568** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **TRUCK STORAGE LOT** | **STAYLOCK STORAGE**<br>**805 S. 575 WEST**<br>**HEBRON, IN 46341** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **AFTER-HOURS ANSWERING SERVICE** | **STERICYCLE COMSOL**<br>**26604 NETWORK PL**<br>**CHICAGO, IL 60673-1266** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | **IT CONTRACT** | **TIERPOINT, LLC**<br>**P.O. BOX 82670**<br>**LINCOLN, NE 68501-2670** |
| | State the term remaining<br>List the contract number of any government contract | | |

| Debtor Name | **Consolidated Infrastructure Group, Inc.** | Case number (if known): **19-10165** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION POLICY | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br>P.O. BOX 5600<br>HARTFORD, CT 06102 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE UNIT | U-HAUL MOVING & STORAGE<br>1650 W. 81ST AVE<br>MERRILLVILLE, IN 46410 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | STORAGE UNIT | USA STORAGE DAVENPORT, IA<br>2501 NORTH LINCOLN AVE<br>DAVENPORT, IA 52804 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | TRUCK STORAGE LOT | VENTURE OUT BOAT AND RV STORAGE<br>3801 EAST I-240 SERVICE RD<br>OKLAHOMA CITY, OK 73135 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MOBILE PHONE CONTRACT | VERIZON WIRELESS<br>P.O. BOX 25505<br>LEHIGH VALLEY, PA 18002-5005 |
| | State the term remaining<br>List the contract number of any government contract | | |

| | |
|---|---|
| Debtor Name | **Consolidated Infrastructure Group, Inc.** |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):      **19-10165**

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors
**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

**Column 1: Codebtor**                      **Column 2: Creditor**

**Name**          **Mailing Address**          **Name**          **Check all schedules that apply**

**NONE**

| | |
|---|---|
| **Debtor Name** | Consolidated Infrastructure Group, Inc. |
| **United States Bankruptcy Court for the** | **District of Delaware** |
| **Case Number:** | 19-10165 |

<u>Official Form 202</u>

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519, and 3571.**

| | |
|---|---|
| | **Declaration and signature** |

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*     (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*     (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*     (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*     (Official Form 206 G)

☑ *Schedule H: Codebtors*     (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*     (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I, the President of the Consolidated Infrastructure Group, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 71 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  3/27/2019

MM / DD / YYYY

Signature  /s/  Michael Johnson

Michael Johnson

Printed Name

President

Title