## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
    CONSOLIDATED INFRASTRUCTURE :
    GROUP, INC.,[1] : Case No. 19-10165 (BLS)
:
               Debtor. :
: **Obj. Deadline: Oct. 13, 2020 at 4:00 p.m. (ET)**
:
---------------------------------------------------------------x

### NINETEENTH MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtor and debtor in possession |
| Date of Retention: | February 25, 2019 *nunc pro tunc* to January 30, 2019 |
| Period for which compensation and reimbursement are sought: | August 1, 2020 through August 31, 2020 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $5,533.20 (80% of $6,916.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $13.10 |

This is a(n):  _X_ monthly   ___ interim   ___ final application

---

[1] The last four digits of the Debtor's federal tax identification number are (6870). The mailing address for the Debtor is 11620 Arbor Street, Omaha, Nebraska 68144.

RLF1 24019742v.1

Prior Applications Filed:

| Date filed | Period Covered | Docket No. | Fees | Expenses |
|---|---|---|---|---|
| March 22, 2019 | Jan. 30 – Feb. 28, 2019 | 127 | $159,649.00 | $6,549.60 |
| April 23, 2019 | March 1 – 31, 2019 | 150 | $71,445.50 | $933.24 |
| May 29, 2019 | April 1 – 30, 2019 | 202 | $55,144.50 | $370.69 |
| July 1, 2019 | May 1 – 31, 2019 | 246 | $177,973.00 | $3,659.34 |
| July 30, 2019 | June 1 – 30, 2019 | 261 | $80,251.50 | $1,894.74 |
| August 30, 2019 | July 1 – 31, 2019 | 267 | $7,919.00 | $93.05 |
| Sept. 24, 2019 | Aug. 1 – Aug. 31, 2019 | 286 | $6,225.50 | $24.85 |
| Oct. 31, 2019 | Sept. 1 – Sept. 30, 2019 | 311 | $15,590.50 | $40.45 |
| Nov. 26, 2019 | Oct. 1 – Oct. 31, 2019 | 337 | $19,736.00 | $321.86 |
| Dec. 26, 2019 | Nov. 1 – Nov. 30, 2019 | 361 | $7,228.50 | $179.85 |
| Jan. 30, 2020 | Dec. 1 – Dec. 31, 2019 | 379 | $5,588.00 | $97.05 |
| Feb. 26, 2020 | Jan. 1 – Jan 31, 2020 | 390 | $6,783.00 | $64.26 |
| March 25, 2020 | Feb. 1 – Feb. 29, 2020 | 405 | $14,639.00 | $509.82 |
| April 20, 2020 | March 1 – March 31, 2020 | 417 | $15,294.00 | $53.40 |
| May 22, 2020 | April 1 – April 30, 2020 | 437 | $17,622.00 | $26.80 |
| June 24, 2020 | May 1 – May 31, 2020 | 463 | $24,994.00 | $3.60 |
| July 27, 2020 | June 1 – June 30, 2020 | 473 | $6,782.50 | $0.60 |
| August 20, 2020 | July 1 – July 31, 2020 | 485 | $6,327.00 | $11.50 |

## COMPENSATION BY PROFESSIONAL[2]
## AUGUST 1, 2020 THROUGH AUGUST 31, 2020

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul N. Heath | Joined firm as associate in 1999. Director in 2007. Member of DE Bar since 1998. | $875 | 0.6 | $525.00 |
| Brett M. Haywood | Joined firm as associate in 2015. Member of MA Bar since 2014. Member of DE Bar since 2015. | $575 | 4.5 | $2,587.50 |
| Megan E. Kenney | Joined firm as associate in 2017. Member of DE Bar since 2017. | $485 | 1.9 | $921.50 |
| Sarah E. Silveira | Joined firm as associate in 2018. Member of DE Bar since 2018. | $445 | 2.5 | $1,112.50 |
| Ann Jerominski | Paralegal since 1995. Joined firm in 2000. | $295 | 5.5 | $1,622.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $295 | 0.5 | $147.50 |
| **TOTAL** | | | **15.5** | **$6,916.50** |

Grand Total $6,916.50
Attorney Compensation $5,146.50
Total Attorney Hours 9.5
Blended Rate $541.74

---

[2] Unless otherwise noted, professionals are members of RL&F's Bankruptcy & Corporate Restructuring Department.

**COMPENSATION BY PROJECT CATEGORY**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 0.6 | $261.00 |
| Creditor Inquiries (B) | 0.0 | $0.00 |
| Meetings (C) | 0.0 | $0.00 |
| Executory Contracts/Unexpired Leases (D) | 0.0 | $0.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 7.9 | $4,115.50 |
| Use, Sale, Lease of Assets (G) | 0.0 | $0.00 |
| Cash Collateral/DIP Financing (H) | 0.0 | $0.00 |
| Claims Administration (I) | 0.2 | $115.00 |
| Court Hearings (J) | 1.6 | $548.00 |
| General Corporate/Real Estate (K) | 0.0 | $0.00 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 1.0 | $371.00 |
| Employee Issues (M) | 0.0 | $0.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 0.0 | $0.00 |
| Litigation/Adversary Proceedings (P) | 0.9 | $323.50 |
| RL&F Retention (Q-1) | 0.0 | $0.00 |
| Retention of Others (Q-2) | 0.0 | $0.00 |
| RL&F Fee Applications (R-1) | 2.3 | $849.50 |
| Fee Applications of Others (R-2) | 1.0 | $333.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 0.0 | $0.00 |
| Utilities (U) | 0.0 | $0.00 |
| Insurance (V) | 0.0 | $0.00 |
| **TOTAL** | **15.5** | **$6,916.50** |

RLF1 24019742v.1

**EXPENSE SUMMARY**
**AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 @ $.10/pg. Printing: 127 @ $.10/pg. | $12.70 |
| Outside Reproduction | | $0.00 |
| Legal Research | | $0.00 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | | $0.00 |
| Travel Expenses | | $0.00 |
| Outside Courier & Expense Carriers | | $0.00 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | PACER | $0.40 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Equipment Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| RL&F Service Corp | | $0.00 |
| **TOTAL** | | **$13.10** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
: 
In re: : Chapter 11
    CONSOLIDATED INFRASTRUCTURE :
    GROUP, INC.,[1] : Case No. 19-10165 (BLS)
:
        Debtor. :
: **Obj. Deadline: Oct. 13, 2020 at 4:00 p.m. (ET)**
:
---------------------------------------------------------------x

**NINETEENTH MONTHLY APPLICATION OF RICHARDS, LAYTON &
FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS
COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION
FOR THE PERIOD FROM AUGUST 1, 2020 THROUGH AUGUST 31, 2020**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code, §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered February 25, 2019 [Docket No. 85] (the "Interim Compensation Order"), Richards, Layton & Finger, P.A. ("RL&F") hereby files this *Nineteenth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period from August 1, 2020 through August 31, 2020* (the "Application"). By the Application, RL&F seeks a monthly allowance pursuant to the Interim Compensation Order with respect to the sums of $6,916.50 (80% of which equals $5,533.20) as compensation and $13.10 for reimbursement of actual and necessary expenses, for a total of $6,929.60 for the period August 1, 2020 through and

---

[1] The last four digits of the Debtor's federal tax identification number are (6870). The mailing address for the Debtor is 11620 Arbor Street, Omaha, Nebraska 68144.

RLF1 24019742v.1

including August 31, 2020 (the "Compensation Period").  In support of this Application, RL&F respectfully represents as follows:

## Background

1.      On January 30, 2019 (the "Petition Date"), Consolidated Infrastructure Group, Inc., as debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.      RL&F was retained effective as of the Petition Date by this Court's Order, dated February 25, 2019 [Docket No. 83] (the "Retention Order").  The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

## Compensation Paid and Its Source

3.      All services for which compensation is requested by RL&F were performed for or on behalf of the Debtor.

4.      Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtor during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

**Fee Statements**

5.      The fee statement for the Compensation Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of RL&F's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Interim Compensation Order.

**Actual and Necessary Expenses**

6.      A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as **Exhibit B**. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.

7.      Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8.      RL&F believes the foregoing rates are the market rates that the majority of law firms charges clients for such services. In addition, RL&F believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

**Summary of Services Rendered**

9. The attorneys of RL&F who have rendered professional services in these cases are as follows: Paul N. Heath, Brett M. Haywood, Megan E. Kenney and Sarah E. Silveira. The paraprofessionals of RL&F who have provided service to these attorneys in these cases are as follows: Ann Jerominski and Barbara J. Witters.

10. RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the United States Bankruptcy Court for the District of Delaware (the "Court") for consideration, advised the Debtor on a regular basis with respect to various matters in connection with these cases, and has performed all necessary professional services which are described and narrated in detail hereinafter.

**Summary of Services By Project**

11. The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A** attached hereto.

A. Case Administration/Miscellaneous Matters

Fees: $261.00    Total Hours: 0.6

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, review of work in process reports, review of notices of appearance and maintaining service lists.

B.   Creditor Inquiries

   Fees:  $0.00      Total Hours: 0.0

   This category includes all matters related to responding to creditor inquiries.

C.   Meetings

   Fees:  $0.00      Total Hours:  0.0

   This category includes all matters related to preparing for and attending meetings with Debtor, the Official Committee of Unsecured Creditors, the Official Committee of Unsecured Tort Claimant Creditors, individual creditors, the U.S. Trustee, co-counsel and the Debtor' other professionals.

D.   Executory Contracts/Unexpired Leases

   Fees:  $0.00      Total Hours:  0.0

   This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.   Automatic Stay/Adequate Protection

   Fees:  $0.00      Total Hours: 0.0

   This category includes all matters related to and including all motions to modify the automatic stay, issues related to the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

    F.    <u>Plan of Reorganization/Disclosure Statement</u>

    Fees: $4,115.50    Total Hours: 7.9

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

    G.    <u>Use, Sale, Lease of Assets</u>

    Fees: $0.00    Total Hours: 0.0

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

    H    <u>Cash Collateral/DIP Financing</u>

    Fees: $0.00    Total Hours: 0.0

This category includes all matters relating to negotiation and documentation of the allocation agreement and related issues.

    I.    <u>Claims Administration</u>

    Fees: $115.00    Total Hours: 0.2

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters.

    J.    <u>Court Hearings</u>

    Fees: $548.00    Total Hours: 1.6

This category includes all matters related to preparation for and attendance at court hearings.

K.  General Corporate/Real Estate

    Fees:  $0.00       Total Hours:  0.0

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtor' business operations that are not part of a plan of reorganization or disclosure statement.

L.  Schedules/SOFA/U.S. Trustee Reports

    Fees:  $371.00       Total Hours:  1.0

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Bankruptcy Court.

M.  Employee Issues

    Fees:  $0.00       Total Hours:  0.0

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

N.  Environmental

    Fees:  $0.00       Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O.  Tax Issues

    Fees:  $0.00       Total Hours: 0.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of the plan of reorganization.

P. <u>Litigation/Adversary Proceedings</u>

 Fees: $323.50  Total Hours: 0.9

 This category includes all matters related to litigation and adversary proceedings.

Q-1. <u>RL&F Retention</u>

 Fees: $0.00  Total Hours: 0.0

 This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2. <u>Retention of Others</u>

 Fees: $0.00  Total Hours: 0.0

 This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. <u>RL&F Fee Applications</u>

 Fees: $849.50  Total Hours: 2.3

 This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

R-2. <u>Fee Applications of Others</u>

 Fees: $333.00  Total Hours: 1.0

 This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.    <u>Vendor/Suppliers</u>

Fees: $0.00    Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.    <u>Non-Working Travel</u>

Fees: $0.00    Total Hours: 0.0

This category includes all travel time not otherwise chargeable.

U.    <u>Utilities</u>

Fees: $0.00    Total Hours: 0.0

This category includes all matters related to utility issues.

V.    <u>Insurance</u>

Fees: $0.00    Total Hours: 0.0

This category includes all matters related to insurance policies or coverage.

## Valuation of Services

12.    Attorneys and paraprofessionals of RL&F have expended a total of 15.5 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Paul N. Heath | 0.6 | $875 |
| Brett M. Haywood | 4.5 | $575 |
| Megan E. Kenney | 1.9 | $485 |
| Sarah E. Silveira | 2.5 | $445 |
| | | |
| PARAPROFESSIONALS | HOURS | HOURLY RATE |
| Ann Jerominski | 5.5 | $295 |
| Barbara J. Witters | 0.5 | $295 |

The nature of the work performed by these persons is fully set forth in **<u>Exhibit A</u>** attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtor during the Compensation Period is $6,916.50.

13.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, with respect to the sum of $6,916.50 as compensation for necessary professional services rendered (80% of which equals $5,533.20), and the sum of $13.10 as 100% reimbursement of actual necessary costs and expenses, for a total of $6,929.60 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated: September 21, 2020
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Megan E. Kenney*
Paul N. Heath (No. 3704)
Zachary I. Shapiro (No. 5103)
Brett M. Haywood (No. 6166)
Megan E. Kenney (No. 6426)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: heath@rlf.com
       shapiro@rlf.com
       haywood@rlf.com
       kenney@rlf.com

*Counsel to the Debtor and Debtor in Possession*

## CERTIFICATION OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-2

I, Megan E. Kenney, on this 21st day of September, 2020, certify as follows:

a) I am an associate with the applicant firm, Richards, Layton & Finger, P.A., ("RL&F") and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by RL&F, as co-counsel to the Debtor, and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and other professionals of RL&F.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2, and submit that the Application substantially complies with such rule.

*/s/ Megan E. Kenney*
Megan E. Kenney (No. 6426)