IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                         :

In re:                                        :   Chapter 11

    CONSOLIDATED INFRASTRUCTURE   :
    GROUP, INC.,[1]                          :   Case No. 19-10165 (BLS)
                                          :

                 Debtor.                   :   **Re:  Docket No. 486**
                                          :
---------------------------------------------------------------x

**CERTIFICATION OF NO OBJECTION REGARDING
FIFTEENTH MONTHLY FEE STATEMENT OF GAVIN/SOLMONESE LLC,
AS FINANCIAL ADVISOR AND ASSET SALE ADVISOR TO THE DEBTOR,
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES FOR THE PERIOD FROM JULY 1, 2020 THROUGH
<u>JULY 31, 2020 (NO ORDER REQUIRED)</u>**

        The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading with respect to the fifteenth monthly fee statement for compensation and reimbursement of expenses (the "<u>Monthly Fee Statement</u>") of Gavin/Solmonese LLC (the "<u>Applicant</u>") listed on <u>Exhibit A</u> attached hereto.  The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") on August 20, 2020.  The undersigned further certifies that she has reviewed the Bankruptcy Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant to the *Notice of Monthly Statement of Gavin/Solmonese LLC for Services Rendered and Reimbursement of Expenses for the Period from July 1, 2020 through July 31, 2020* (the "<u>Notice</u>") filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than **September 9, 2020 at 4:00 p.m. (ET)**.

---

[1]     The last four digits of the Debtor's federal tax identification number are (6870).  The mailing address for the Debtor is 11620 Arbor Street, Omaha, Nebraska 68144.

RLF1 24024409v.1

The Monthly Fee Statement was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated February 25, 2019 [Docket No. 85] (the "Interim Compensation Order"). Pursuant to the Notice and Interim Compensation Order, the above-captioned debtor is authorized to pay the Applicant the amounts requested in the Monthly Fee Statement without the need for a further order of the Bankruptcy Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

| | |
|---|---|
| Dated: September 22, 2020<br>Wilmington, Delaware | **RICHARDS, LAYTON & FINGER, P.A.**<br><br>/s/ *Megan E. Kenney*<br>Paul N. Heath (No. 3704)<br>Zachary I. Shapiro (No. 5103)<br>Brett M. Haywood (No. 6166)<br>Megan E. Kenney (No. 6426)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email:  heath@rlf.com<br>          shapiro@rlf.com<br>          haywood@rlf.com<br>          kenney@rlf.com<br><br>*Counsel to the Debtor and Debtor in Possession* |

# **EXHIBIT A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 100% | Amount of Expenses Authorized to be Paid @ 100% |
|---|---|---|---|---|---|---|
| Gavin/Solmonese LLC<br><br>(Financial Advisor and Asset Sale Advisor to the Debtor) | Fifteenth Monthly Fee Statement<br><br>7/1/20 – 7/31/20<br><br>Filed: 8/20/20<br>[D.I. 486] | $6,312.50 | $0.00 | 9/9/20 at 4:00 p.m. (ET) | $6,312.50 | $0.00 |